UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| SAMUEL WEBSTER HATCHER, | ) | |
| | ) | CASE NO. 19-51744-JWC |
| Debtor. | ) | |
| | ) | JUDGE JEFFERY W. CAVENDER |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, Daniel E. Melchi of Lueder, Larkin & Hunter, LLC and files this *Notice of Appearance and Request for Notices* on behalf of **Garden Gate Owners Association, Inc.** ("Creditor"), a creditor in this bankruptcy case.  All future notices, correspondence, pleadings, and other documents should be sent to the following address:

Garden Gate Owners Association, Inc.
c/o Lueder, Larkin & Hunter, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005

Creditor requests that any and all mailings and notices discontinue to be sent by any party to any address for the above-named creditor that does not match the address listed above.

Respectfully submitted, this 1st day of February, 2019.

LUEDER, LARKIN & HUNTER, LLC

By:    __/s/  Daniel E. Melchi_____
Daniel E. Melchi
Georgia Bar No. 501187
Attorney for the Creditor

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
E:  dmelchi@luederlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| SAMUEL WEBSTER HATCHER, | ) | |
| | ) | CASE NO. 19-51744-JWC |
| Debtor. | ) | |
| | ) | JUDGE JEFFERY W. CAVENDER |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have, on this day, electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Bankruptcy Court's Electronic Case Filing program which with sends a notice of this document and an accompanying link to this document to the following person(s) who has/have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

1. Howard P. Slomka of Slipakoff & Slomka, PC
2. Nancy J. Whaley, Chapter 13Trustee

Respectfully submitted, this 1st day of February, 2019.

LUEDER, LARKIN & HUNTER, LLC


By:    __/s/  Daniel E. Melchi_____
Daniel E. Melchi
Georgia Bar No. 501187
Attorney for the Creditor

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
E:  dmelchi@luederlaw.com